```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
FIRST FUNDS, LLC,                                           :
                                                            :
                              Plaintiff,                    :    09 Civ. 5399 (GEL)
                                                            :
              -v-                                           :    ORDER
                                                            :
CHA-CHA-CHA, INC. d/b/a BOVA                                :
RISTORANTE and ANTHONY BOVA,                                :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------x
```

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** 6/24/09

GERARD E. LYNCH, District Judge:

     Upon the request of the plaintiff, and with the consent of the defendants, it is hereby ordered that plaintiff's time to respond to the complaint in the above-captioned action is extended to and including July 2, 2009.

SO ORDERED:

Dated: New York, New York
       June 24, 2009

                                        _____
                                             GERARD E. LYNCH
                                          United States District Judge